**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

XB1210030

IN RE:

|  |  |
|---|---|
| ] | Case Number 09-34009 |
| ] | CH 13 |
Sandra K Crews;    ] | Judge A. Benjamin Goldgar |
| ] |  |
| ] |  |
| ] |  |
| ] |  |
| ] |  |

**STATEMENT OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Beneficial Illinois Inc. D/B/A Beneficial Mortgage Co. Of Illinois by and through its attorney Annie Lopez of the law firm of Freedman Anselmo Lindberg LLC, and files a statement of payment of final mortgage cure.

Account is post petition current and due for 11/28/2012.

                                                Beneficial Illinois Inc. D/B/A Beneficial
                                                Mortgage Co. Of Illinois


                                                /s/ Annie W. Lopez
                                                One of its Attorneys


FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770     866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Clay R. Mosberg- 1972316, Jonathan Nusgart - 6211908
Annie Lopez - 6190037, Karl Meyer - 6220397

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

<u>Certificate of Service:</u>

 I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on November 2, 2012 addressing the following:

TO: Sandra K. Crews, 705 W. Pacific, Waukegan, IL 60085
   Kenneth S. Borcia, PO Box 447, Libertyville, IL 60048
   Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532